FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Jacksonville Division

2010 FEB 11 P 12: 32

CLERK, US DISTRICT COURT

**CIVIL RIGHTS COMPLAINT FORM**

Ronnie Scott Cooper #542240     CASE NUMBER: 3:10-CV-130-J-20JRK

(To be supplied by Clerk's Office)

_____

(Enter full name of each Plaintiff and prison
number, if applicable)

v.

R. Solorzano M.D.

DR M. Akhtar · C.H.O.

Charlotte Bowlan S.H.S.A.

DR. C. Roxas M.D.

(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right).

DR. Michael J. Hard orth-DR. /

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I.     PLACE OF PRESENT CONFINEMENT: Florida State Prison-West-Unit.

(Indicate the name and location)

7819 228th Street Raiford, Florida. 32026.

II.     DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following
questions]

DC 225 (Rev. 9/03)                                1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803ᶜAmendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.    Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

3. Were you denied emergency status? Yes (✓) No ( )

a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No ( )

b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C.  Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D.  Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (✓) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____8'th_____ day of ____FeBUAry____, 20 10 .

_Ronnie Scott Cooper_
Signature of Plaintiff

#no 542240

III.   DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (  ) No ( ✓ )

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail?  Yes (  ) No (  )

B.   Did you present the facts relating to your Complaint in the grievance procedure?  Yes (  ) No (  )

C.   If your answer is YES:

1.   What steps did you take? _____

_____

2.   What were the results? _____

_____

3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not: _____

_____


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2 _____.


_____

Signature of Plaintiff

IV. <u>PREVIOUS LAWSUITS</u>:

A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   _____

   Defendant(s): _____

   _____

2. Court (if federal court, name the district; if state court, name the county):

   _____

3. Docket Number: _____

4. Name of judge: _____

5. Briefly describe the facts and basis of the lawsuit: _____

   _____

   _____

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   _____

   _____

7. Approximate filing date: _____

8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____

_____

_____

_____

V.   PARTIES:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: Ronnie Scott Cooper

Mailing address: F.S.P. west-Unit-7819 228th Street
Raiford, Florida. 32026

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the full name of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: R. Solorzano, MD Acting Regional-Medical-Executive-Director

Mailing Address: Region II Office of Health-Services
P.o.-Box-628 - Lake Butler, Florida-32054

Position: Regional-Medical-Director

Employed at: Department of Corrections

D.   Defendant: DR. Akhtar, Chief Health-Officer

Mailing Address: F.S.P. west-Unit.7819 228th Street
Raiford, Florida, 32026.

Position: Chief-Health-Officer

Employed at: Florida State Prison -west-Unit

DC 225 (Rev. 9/03)

6

E.  Defendant: CHARLOTTE Bowlan

Mailing Address: F.S.P. weST-UNIT - 7819 228 TH STreeT RAiFord, Florida. 32626.

Position: SR. HeaTTH Serviceс Administrator

Employed at: Florida STATe Prison

F.  Defendant: DR. C. Roxas MD

Mailing Address: F.S.P. weST-UNIT - 7819 228 TH STreet RAiFord, Florida. 32026

Position: medical - PHysician

Employed at: Florida STATe Prison

G.  Defendant: DR. MicHAel J Lond

Mailing Address: Memorial medical CenTer JACKsonville. SouTH JACKsonville, Florida. 32202.

Position: OrTHoPedic - DocTor - OrTHoPedics

Employed at: Memorial Medical Center, JACKsonville, FlA. 32032

DC 225 (Rev. 9/03)

VI.   <u>STATEMENT OF CLAIM</u>:  State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Cruel And Unusual Punishment Under 8TH
Ammendment - Extreme - Pain.

VII.   <u>STATEMENT OF FACTS</u>:  State as briefly as possible the FACTS of your case.  Describe how each defendant was involved.  <u>Do not make any legal arguments or cite any cases or statutes.</u>  State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

DR. howd Performed Lower - BACK Sergery on me At
Memorial Medical Center in JACKsonville, Florida. on
Deparimeni of Corrections Floor And now I Have A
Life Threatning - Bone - infection in my Body For
3 - years since 6-25-07 And Have many Complications
From Bone - infection - Discotis. DR. C RoxAS mD
will not Help" me with - Extreme - Pain Im
in And Delayed years of Time For Sending
me For in - line - Pic - AntiBiotics At memorial

Statement of Facts, continued:

medical Center in Jacksonville, FL Before move DAmAge was Done to me. CHARloTTE Bowlan, leaving me in Extreme-PAin, Delaying Time By Sending me To AlTernaTive Doctor - nuvologist OR hoTtse AT memorial medical Center in Jacksonville, Flovida. DR. AKHTAr, Leaving me To Suffer in Ex-Treme Bone-PAin And noT Sending me To AlTernaTive-Doctor, DR. hoTtse Nurologist AT memorial medical Center in Jacksonville, Flovida., R. Solorzano M.d., Leaving me in Ex-Tvema-PAin noT Sending me To AlTernaTive Doctor, DR. LoTtse AT Memorial medical Center Jacksonville, Flovida.

VIII.  <u>RELIEF REQUESTED</u>:  State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

I WANT THE Court's To PuniSH EACH - DeFendANT And CompHenSATe Me For All whAT is HAppened To me From This Bone-infection-UnTreaTed By Delaying Time And MAKing me SuFFer with PAin.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this ___8TH___ day of ___FeBuAry___, 2010.

Ronnie Scott Cooper #no 542240

(Signatures of all Plaintiffs)

**FLORIDA JUSTICE INSTITUTE, INC.**
3750 BANK OF AMERICA TOWER
100 S.E. SECOND STREET
MIAMI, FLORIDA 33131-2309

———

TELEPHONE (305) 358-2081
FACSIMILE (305) 358-0910

January 5, 2010

LEGAL MAIL
Mr. Ronnie Cooper
DC# 542240
Florida State Prison
7819 N.W. 228th St.
Raiford, FL 32026

Dear Mr. Cooper:

This will acknowledge receipt of your letter requesting our assistance. The Florida Justice Institute provides civil legal assistance in selected cases dealing with conditions of incarceration. However, because of our heavy caseload and scarce resources, we can no longer come even close to representing all those who request our services. Instead, we are forced to limit the cases we accept to those which, if successful, will benefit large numbers of inmates and those which, although involving only one inmate, involve serious or permanent injuries. And, within these guidelines, we can only accept those cases where there is a reasonable likelihood of success on the merits and for which we have adequate resources. I am returning your original documents and have not kept copies.

We presently lack the time and resources to even determine whether we can represent you. It is no reflection on whether the matter about which you write has merit or fits within our guidelines. If you do not know any other lawyers, or cannot find a local lawyer, I suggest you contact the Lawyer Referral Service of The Florida Bar. Its address is 650 Apalachee Parkway, Tallahassee, Florida 32399-2300. There is a toll-free telephone number which is 1-800-342-8011. They may be able to help you locate a lawyer.

Sincerely,

Patrick Maier
Legal Assistant

*I'm Looking For A. LAwer who Could Help me with my CASE- Bone- infection Before it Becomes FuTal it's Been in me For Almost 3-years! . Thank you! Ronnie S. Cooper 542240*



# DOUGLAS L. KIRKLAND, P. A.
## ATTORNEY AT LAW

203 NORTH EAST 8TH AVENUE
OCALA, FLORIDA 34470

OFFICE: 352 369-6100
FACSIMILE: 352 369-1926

October 23, 2009

Ronnie Scott Cooper, DOC #542240
F.S.P. West Unit
7819 Northwest 228th Street
Raiford, FL 32026

Dear Mr. Cooper:

Pursuant to your written request, enclose please find all the materials sent to our office regarding your medical treatment.

We wish you the best of luck in your endeavors to receive appropriate medical attention.

Sincerely,

**DOUGLAS L. KIRKLAND, P.A.**
Attorney at Law

/sdk

ENCLOSURE(S) as noted

NEXT-PAGE: Face-Sheet →



**FLORIDA DEPARTMENT OF**
# HEALTH

Charlie Crist
Governor

Ana M. Viamonte Ros, M.D., M.P.H.
State Surgeon General

October 5, 2009

Mr. Ronnie Scott Cooper #542240
7819 Northwest 228th Street
F.S.P West Unit
Raiford, FL 32026

Reference Number: 200914950
Subject: Actar

Dear Mr. Cooper:

The Consumer Services Unit of the Department of Health received your response to our letter of August 5, 2009. However, we still need the following information:

- Provide copies of documentation to demonstrate your attempt(s) to resolve this matter thorough the facility's grievance process. We are unable to assist you until you have exhausted all appropriate Department of Corrections processes.
- All grievances from prison including medical records and name of doctor
- Operative report from Memorial Hospital.

We will investigate your complaint if this information shows that a violation has occurred. Please include the above reference number with your response. If we do not hear from you within 30 days, we will take no further action.

The mission of the Department of Health is to promote, protect and improve the health of all people in Florida. If you have any questions, please call us at (850) 245-4339.

Sincerely,

Kelvin Bostic
Investigation Specialist II

/nr
cc: Douglas & Sherry Kirland, Attorney

( JUSTICE - INSTITUTE )

I RECIEVED A LETTER A while - BACK
From your office Saying Send my
Documents To you, And THAT you
might Be ABLe To Help me with
THis CASE - Bone - infection +
Ex-Treme - PAin For Almost 3-years
Now. Bone - infection Has Been in
ME Since June - 5TH 2007 And
Now is Blood - line which Can
Become FATAl. I Have Consultant
Report written From SpeAciAlist
MR. Lang AT His R.m.C. OFFice
on wednesday's + ThursDAys To Be
Sent To DR. LohSE NuroSurgoen
AT memorial Hospital in JACKsonville,
Florida And Still Have not Been
Sent, The order wAs written on
10 - 14 - 09. (IvE Been To Sick - Call Numerous
Times.) (They TAke your $money ThAt's it.)
               Ronald Scott Cooper
No - #542240
1 - 2 - 142 - Single
F.S.P. WesT - UniT


( Bone - infection NAme - (DisciTis) )
    June 5TH OF 2007



Around June 5th 2007 Dr. Lord Did Lower-
Back -Surgery on me At memorial -Hospital
in Jacksonville, Florida. When it was Time
For The Staples To Come out of my Back
Dr. Lord Ripped Them out. He Left A. whole
in my Back were it Leaked -Blood; From
That moment on I Sighned Refusals not
To See Dr. Lord Ever Again At R.m.C.
So I was Then Transfered Back To new
River west -C.I I noticed my Lower-Back
was Getting worse not Better From The
Surgery. I Then Recieved A. Call -out From
medical-Department I Seen Dr. Rothas I
Stated To Her Im in Severe Pain Still
in my Lower-Back, Dr. Rothas States it
will Take 2-years For you To Heal.
I Seen Later Dr. Bald. C.H.O., Dr. Le, Dr. Rothas
1½ years Have went By I Told Them
over And over Something wrong And Im
in Severe -Pain. Finally After The 1½
years I was Sent Back To Dr Lord who
I didn't want To See. So I Followed Thru
He Done A. M.R.I And Said when I did
your Surgery A. Germ" Got in your Back
you now Have A. FATAL" Bone -infection.
I went To Go For Antibiotics 12-28-08
in line-Pic -Placement Of IV Vancomycin.
But when I Got To Room - 1st At R.m.C.
Linda Dapier yelled At me Because I needed
my Blood -Pressure Pills Renewed. Also Stated
you wont Get nothing For -Pain And Threaten
To Lock me up in K-dorm And To
Get Against The -Wall



I THen Sightned A. ReFusAl To Get Away From Linda DAPiew's ABuse And WAS Brought BACK To New River West - C.I wich is F.S.P. West now. Ever Since This Ive Been To DR. Lord Twice, 1st Time He Say's THe Bone-infection HAS Ate Up Disc-4+5 And need Surgeon To Fuse THem. THen I Go BACK on 6-29-09 He's Angry He Tells me now THere's no DAmage Done To my Bones. we Argued I SAid well wHAT Doe's This "infection Do DR. Lord He's STATe's iT EATS your Bone's - UP, Nerve DAmage, And when Blood-line iT Travel's. well iTS TrAveled To my Left SHoulder And cHest-Bone And This Bone-infection's Been in me Since June 5th 2007 THru - 7-23-2009. Ive ASked Repentiy To SEE 'Nurosurgen" DR. LoHSE For A. Long Time BecAuse I Told THem I will not Let DR. Lord Ever Touch me AGAin, BecAuse He's lied ABout THE DAmAge THAT is Done And more. So THere Theory Here THE medicAl-Director C.B. Bowlan is O.K. He won't SEE DR. Lord So insteAd Of Letting me SEE DR. LoHSE Nuro-Surgen AT memoriAl in JACksonvile, Just Let THE Bone-infection Run iTS Course wich is in A. FATAl-STAge Blood-line (Takes iTS Course) They won't Send me To DR. LoHSe So I will See This Run iTS Course FATAl-Bone-infection (Also On 10-14-09 MR Lang AT R.M.C. BrAce-Clinic Put Consortant-Report in For me To SEE DR. LoHSE-Nurologist AT memorin'

## CONSULTANT'S REPOR

### NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

**Additional History:**

doubt → (B)LE's ↓ neuro ss in lower ext/LL

**Findings:**

Neuro ⊖

MRI ē Gad.L ē discitis L4-5

**Recommendations:**

1.) To Radiology @ MMCJ for L4-5 disc space aspiration for gram stain, C&S followed by PICC line placement followed by 6 wks of IV Vancomycin (or ABX indicated by C&S)
   Van Comycin          — URGENT

2.) F/u ē me after aspiration

M. LORD M.D.
ORTHO SP CL
RMC

**Consultant Signature/Stamp:** _____     **Date:** 12-10-08

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

Inmate Name _Coogan, Ronnie_          USE ADDITIONAL SHEET(S) AS NECESSARY
DC# _542240_     Race/Sex _Wm_
Date of Birth _____
Institution _NRU_
EOS DATE: _11-22-2011_

W.R. BALA MD
CHO
NEW RIVER C.I.
12/10/08

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration

RMC

**PATIENT:** COOPER, ROMNEY

**DC #:** 542240

**DATE OF EXAMINATION:**

**MRI OF THE LUMBAR SPINE:**
MRI examination of the lumbar spine was performed. Sagittal T1, T2, proton density, and axial proton density images were acquired.

In the sagittal images, there is mild retrolisthesis of L4 in relation to L5. Intervertebral disk signal intensity is decreased at all levels, but to a lesser degree at the L3/L4 level. The disk space is slightly narrowed at the L4/L5 level. Small Schmorl's nodes are identified in the adjacent endplates at the L1/L2 level and superior endplate of L3. The conus medullaris cannot be completely evaluated.

The disks at the L2/L3 and L3/L4 levels are well contained. The neural foramina are patent. There is no evidence of central canal stenosis.

At the L4/L5 level, there is a diffuse disk bulge, more pronounced centrally. In conjunction with the degree of retrolisthesis, it contributes to compression upon the thecal sac and mild to moderate central canal stenosis. The neural foramina do not appear significantly stenotic at this level.

At the L5/S1 level, there is a nominal disk bulge, which appears to be noncompressive. There is no significant central canal or neural foraminal stenosis.

The articulating facets demonstrate mild degenerative changes at the L4/L5 level.

**IMPRESSION:**
**L4/L5 LEVEL DEGENERATIVE DISK DISEASE WITH ASSOCIATED DISK BULGE AND IN CONJUNCTION WITH THE MILD DEGREE OF RETROLISTHESIS OF L4 IN RELATION TO L5, IT CONTRIBUTES TO COMPRESSION UPON THE THECAL SAC AND MILD TO MODERATE CENTRAL CANAL STENOSIS**

E. EDWARD FRANCO, M.D., RADIOLOGIST

*(REPORT UNREVIEWED UNLESS SIGNED)*

EEF/jan

Date Dictated: 11/10/06
Date Transcribed: 11/12/06

CHOUNG LE, M.D.
SENIOR PHYSICIAN

OLD MR. I

From R.M.C.
They won't let me
Have THE NEW one
And I PAID For Records.

**The Christ Hospital**
*Diagnostic Imaging*
2139 Auburn Avenue
Cincinnati, Ohio 45219
Phone (513) 585-2421

PATIENT : COOPER, RONNY

BIRTHDATE
SEX          M
ID #         0272153
LOCATION:  DISCHARGED

ORDER #       1184146
ORDER DATE    9/26/00
ACCOUNT #     211024664
HIS ORDER#    5827613

| Patient Diagnostic Report | Verified | Confidential |
|---|---|---|

|  | Date of Service | Exams Completed |
|---|---|---|
| Adm Phys: . | | |
| Ord Phys:  RISSCVER, JANALEE | 9/26/00 | MRI-L-SPINE W/O CONTRAST |

MRN Barcode

REASON : BACK PAIN

Dictated: 09/26/00 1714

MRI OF THE LUMBAR SPINE:

HISTORY:  Low back pain.  The patient was hit by a car one year ago.

Alignment of the lumbar spine is normal.  Schmorl node formation is noted at multiple levels.

All lumbar discs are desiccated to varying degree.  L1-2, L2-3 and L3-4 annularly are otherwise unremarkable without lateralizing compressive disc protrusion or herniation.

Moderate concentric spinal stenosis at L4-5 is associated with uniform annular bulge and mild facet/ligamentous hypertrophy.  In addition, congenitally shortened pedicles may be a contributing factor as well.  Neural foramina are patent

Mild-moderate canal stenosis at L5-S1 is also associated with mild annular bulge and hypertrophy of the posterior common complex.  Congenitally shortened pedicles are also suspected at this level.

IMPRESSION:

1. MULTI-LEVEL DISC DESICCATION.
2. NO DOMINANT LATERALIZING COMPRESSIVE DISC PATHOLOGY.
3. CONCENTRIC SPINAL STENOSIS AT L4-5 and L5-S1 WITH ANNULAR BULGE AT BOTH LEVELS - SEE ABOVE.

kmz

DICTATED BY :   PERLMAN, STEVEN
VERIFIED BY :   ROST JR., RAYMOND - 9/27/00
TRANSCRIBED BY: ZLOBAK 09/26/2000 22:24

**The University Hospital**
*Diagnostic Imaging*
234 Goodman Avenue
Cincinnati, Ohio 45219
Phone (513) 584-4391

**Confidential**

| | |
|---|---|
| BIRTHDATE | ▓▓▓▓ |
| SEX | M |
| SSN | 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 |
| RESULT ID | 969919 |

| | |
|---|---|
| ORDER # | 1143016 |
| ORDER DATE | 9/1/00 |
| ACCOUNT # | 210984358 |
| ADDENDUM | |

# COOPER, RONNY

**MRN:** 02725153

Req. Svc: UH PRIVATE PATIENT

Ord Phys: WOO, DANIEL

**EXAMS:**

MRI-C-SPINE W/O CONTRAST                9/1/00

REASON: SPONDYLOSIS, NUMBNESS IN HANDS

MRI OF THE CERVICAL SPINE WITHOUT GADOLINIUM PERFORMED ON 09/01/2000·

INDICATION:

Spondylosis.

COMPARISON: NONE.

FINDINGS:

Cervical vertebral body alignment and signal intensities are normal. The cervical cord is of normal size and normal signal intensity. The C2-3 and C3-4 levels appear normal. At the C4-5 level there is mild diffuse disc bulge with mild uncovertebral joint spurring. At the C5-6 level there is moderate diffuse disc bulge as well as broad-based central disc protrusion which results in mild central stenosis and moderate bilateral C6 neural foraminal stenosis. At the C6-7 level there is mild diffuse disc bulge with mild bilateral C7 neural foraminal stenosis. At the C7-T1 level there is a broad-based left foraminal disc protrusion and spur with mild narrowing of the left C8 neural foramen.

IMPRESSION:

1. MULTILEVEL CERVICAL SPONDYLOSIS WITH NEURAL FORAMINAL STENOSIS AS DETAILED ABOVE.

/rc:ftl

| | |
|---|---|
| Dictated By : | CORNELIUS, REBECCA |
| Verified By : | CORNELIUS, REBECCA - 9/4/00 |
| Transcribed By: | LACKEY 09/03/2000 10:35 |

NAME: COOPER, RONNY S      RN:   02725153
      |RACE: WHITE   SEX:   MALE   |
REQ PHYS: JOSHI, SANDEEP A.     |SSN: 265712887 DOB: ▓▓▓▓|
REQ SERVICE: UIM        |LOCATION: TUH     |
      |CLINIC:   ACCT:210650044   |
REASON
  CHRONIC OSTEOMYELITIS


PI:        SI:
OTHER PARTICIPATING PHYSICIAN: HABLITZEL, WILLIAM

ORDER: 419137 +---------------+---------------+---------------+
     |73550 DIAG-FEMUR |     |     |
DATE: 03/29/00 +---------------+---------------+---------------+
    |    |    |    |
ICD:     +---------------+---------------+---------------+

================================
=================| V E R I F I E D |========================
================================

TWO VIEWS OF THE RIGHT FEMUR, AP AND LATERAL ON 03/29/2000:

INDICATION:

History of chronic osteomyelitis.

FINDINGS:

There is deformity of the femoral shaft from an old fracture that
was fixed by a medullary nail that has been removed and there are
signs of chronic osteomyelitis. The patient is status-post above the
knee amputation with remodeling effects in the stump. There is no
sign of active infection in the stump. Although a small bony spur is
present and projecting laterally and posteriorly.

IMPRESSION:

1. ABOVE THE KNEE AMPUTATION WITH A SMALL BONY SPUR ON THE STUMP.
2. DEFORMITY OF THE FEMORAL SHAFT FROM PRIOR FRACTURE, REMOVED
ORTHOPEDIC HARDWARE, AND CHRONIC OSTEOMYELITIS.

/mb:rc:ftl

CANTOR, ROBERT M

Films Interpreted by:
Radiologist
Verification Date: 4/3/00 8:06:46 AM

CINCINNATI

Exam Date: December 19, 2000
RE· Cooper, Ronny
MRI# TK9642

Walter Broadnax, M.D.
111 Wellington Place #G4
Cincinnati, Ohio 45219

Dear Dr. Broadnax:

We had the pleasure of examining your patient, Ronny Cooper, on
December 19, 2000.

## MAGNETIC RESONANCE IMAGING OF THE BRAIN WITH AND WITHOUT GADOLINIUM

**TECHNIQUE:**    Axial balanced and T2-weighted sequences were
obtained followed by a sagittal T1-weighted sequence.  Pre and
post-enhanced thin section axial sequences were obtained through
the cerebellopontine angle before and after administration of
gadolinium.  Due to the patient's history of claustrophobia, the
examination was performed on a .23 Tesla Open MRI scanner.

**FINDINGS:**    The brain parenchyma has a normal appearance. The
ventricles and sulci are unremarkable. There is no midline shift.
There is an incidentally noted, less than 1 cm, fluid density in
the region of the pineal compatible with a small pineal cyst.
There is no other abnormality.  There are normal flow voids in
the circle of Willis and in the venous sinuses.

**IMPRESSION:**   1.  Incidentally noted less than 1 cm in size
pineal cyst.  *Tumor*

2.  Otherwise normal MR of the brain.

Page 1 of 2

JOINT COMMISSION ACCREDITED

# DEACONESS HOSPITAL
511 Straight Street   Cincinnati, Ohio 45219

**DEPARTMENT OF RADIOLOGY**

**IMAGING REPORT**

000356-RAD210

NAME: COOPER, RONNY
PHYS: Paul, John W.
DOB: ~~███████~~      AGE: 37      SEX: M
ACCT: D12881801   LOC: EMR
EXAM DATE: 09/15/1999 STATUS: DEP ER
RADIOLOGY NO:
UNIT NO: M579258
DIAGNOSIS: HEADACHE

---

EXAMS: 000159770 CT BRAIN W/O CONTRAST

09/15/99      HEAD CT WITHOUT INTRAVENOUS CONTRAST

History:  Long-standing history of frontal headache.

The ventricles and sulci are normal in size and configuration.  The ventricles are in the midline without mass effect.  There is a small, round, less than 1 cm, low density (27 HU) lesion in the pineal gland. There is no other evidence of mass lesion, extra-axial fluid collection nor evidence of intracranial hemorrhage.

*IMPRESSION:*

1.  *NO ACUTE INTRACRANIAL ABNORMALITY.*

2.  *SMALL, LESS THAN 1 CM ROUND LOW DENSITY LESION IN THE PINEAL REGION.  GIVEN ITS APPEARANCE, THIS PROBABLY REPRESENTS A BENIGN PINEAL CYST.  OTHER PINEAL REGION TUMORS CANNOT BE DEFINITIVELY EXCLUDED.  DEPENDING UPON CLINICAL CIRCUMSTANCES, FOLLOW-UP CT OR MR MAY BE HELPFUL TO ASSESS STABILITY OF THIS FINDING.*

*THE FINDINGS WERE DISCUSSED WITH DR. JOHN PAUL OF THE ER AT THE TIME OF INTERPRETATION.*

REPORTED BY: MARK C. ESTRADA, M.D.

CC: Alan Kightlinger; John Paul W.

TRANSCRIBED DATE/TIME: 09/16/1999 (0718)
TRANSCRIPTIONIST: RAD.MOODA
PRINTED DATE/TIME: 09/16/1999 (0854)   BATCH NO: 1762

PAGE 1              CHART COPY

IMAGING REPORT



**WALTER G. BROADNAX, JR., M.D.**
*Specializing in: Cancer, Headache, Sickle Cell
and Neuropathic Pain Syndromes*

# Fax

THE PAIN GROUP

To: R. Steve Bierille

From: Walter G. Broadnax, Jr., M.D.

Of:

Date: 6/1/02

Fax: 352-620-3859

Pages:

Re: S. Cooper

CC:

☐ Urgent   ☐ For Review   ☐ Please Reply

**FORMS
ENCLOSED:**

**COMMENTS:** There is a $15 Charge for medical records

**Confidentiality Notice: This fax transmission is intended for the personal and confidential use of the recipients designated above. If you are not the intended recipient of this communication, or an agent responsible for delivering it to the intended recipient you are hereby notified that any review, disclosure, dissemination, distribution, or copy of this message, or any use of the information contained in the copies transmitted, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at the above phone number, to arrange return of this communication to us by mail. Thank you.**

**THE PAIN GROUP**
111 WELLINGTON PLACE  SUITE G4 • CINCINNATI, OHIO 45219
513-421-7246 • FAX 513-421-7796
1200 GAY STREET • PORTSMOUTH, OHIO 45662
740-355-1999 • FAX 740-355-0999
www.thepaingroup.com



## OFFICE HISTORY AND PHYSICAL

Ronnie Cooper
Date of Service: 11/30/00
Medicare/Medicaid
Chief Complaint: Pain of the Amputation Site

### History:

Mr. Cooper is a 38 year old gentleman who was involved in three motor vehicle accidents, the last being in 1982 in which he was walking and was struck by a car. He injured his lower back and his right leg was ripped off. In the second motor vehicle accident, he suffered an acute neck strain and low back pain and leg pain. He now presents with a right leg amputation and severe low back pain and headaches.

On today's evaluation, he describes his pain as beginning in his low back and radiating down both legs. He describes this pain as aching, burning and cramping in nature. He states it is a continue, steady and constant pain. He states that any movement whatsoever increases his pain and that chiropractic management decreases his pain

On a scale of 0-10, if a 0 is no pain at all and 10 is the worst pain he can imagine, he describes his pain is at a level of 7 on this evaluation. He states his pain routinely increases to a level of 10.

I was asked to assist in his pain management.

**Previous Treatment:** As above.

**Past Medical History:**

He denies active medical disease. He has osteomyelitis in the right _____

**Medications:** Vicodin and *PerCoCet* *D*

**Allergies:** Talwin and *THEODORE*

**Social History:** He denies smoking; denies drinking.

**Review of Systems:** Non-contributory.

**Physical Examination:**

In general he is awake, alert and fully oriented. Mental status intact and appropriate

*PAIN MANAGEMENT DoCTor*

Jun 07 02 12:37p          Walter Broadnax

## OFFICE NOTE

Ronnie Cooper
Date of Service: 12/14/00
Medicare
Chief Complaint: Severe Headaches and Knee Pain


History:

Mr. Cooper returns to the office today in follow-up of his severe headaches and knee pain. He is having a severe migraine today.

On physical exam, neurologically he is intact.

I'm going to give him some Percocet 5-325 today. I've ordered an MRI and that reveals the MRI to be normal with a pineal gland problem.

He'll return here in one month.


WALTER G. BROADNAX, JR., M.D.

## OFFICE NOTE

Ronnie Cooper
Date of Service: 12/14/00
Medicare
Chief Complaint: Severe Headaches and Knee Pain

### History:

Mr. Cooper returns to the office today in follow-up of his severe headaches and knee pain. He is having a severe migraine today.

On physical exam, neurologically he is intact.

I'm going to give him some Percocet 5-325 today. I've ordered an MRI and that reveals the MRI to be normal with a pineal gland problem.

He'll return here in one month.


WALTER G. BROADNAX, JR., M.D.

## OFFICE NOTE

Ronny Cooper
Date of Service: 01/04/01
Medicare/Medicaid
Chief Complaint: Headaches and Stump Pain

History:

Mr. Cooper returns to the office today in follow-up of his headaches and stump pain. On the Percocet 5-3-25, he seems to be doing much better.

On physical exam, neurologically he is normal today.

I'm going to refill his medications and he'll return here in one month.

WALTER G. BROADNAX, JR., M.D.

## OFFICE NOTE

Ronny Cooper
Date of Service: 01/04/01
Medicare/Medicaid
Chief Complaint: Headaches and Stump Pain

### History:

Mr. Cooper returns to the office today in follow-up of his headaches and stump pain. On the Percocet 5-3-25, he seems to be doing much better.

On physical exam, neurologically he is normal today.

I'm going to refill his medications and he'll return here in one month.


WALTER G. BROADNAX, JR., M.D.

## PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)

RETURN TO:

| COOPER, RONNIE | 542240 | 1001-206-030 | FSP WEST UNIT | L2142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07A (GENERAL MEDICAL   (MEDICAL))

| 1/26/10 | 1001-206-030 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: COOPER RonniE ScoTT    542240    New River WEST C.I.
Last   First   Middle Initial   Number   Institution

Part A – Inmate Grievance   L9-6-02151

DR Lord Did BACK Surgury on me A. LiTTle over A. yearAgo AT memorial
HospiTal in JACKsenville Florida. Ever since THe Surgury my lower BACK
GoT worse And I Have Been in SEvere Bone Pain For ABouT A. yearc
I KepT Telling DR. Roxas THere wAS someThing wrong And ThAT
Tylonol, IBuProPhin, nAProxin eeT wouldn't HalP my Pain, I wAS
FinAlly SenT BACK To DR. Lord And He HAd m.R.I done of my lower
BACK, when DR. lord Read m.R.I To me He STATed A. Germ GoT in my
BACK when He Did my FirsT Surgury. He THen said I Have a. life
THreaTining Bone inFecTion From THis Germ And you need To Go
urgenT To memorial HospiTal For in-line-Pic AnTi.BioTics And
Also PlAced me on oxocodone 10ᵗʰ For Pain, DR. Lord's Recomendation.
I Recieved Pain meds For only 7-DAys And new River west SToped
THem, I looKed For DR. BAlA C.H.O. To Renew THem He would noT
And This wAS wAy BeFore I wAS To Go To memoriAl HospiTal. I wAS
SenT To Room-1ˢᵗ AT R.m.C. lAke ButleR I AsKed lindA DAPier iF
SHe Could Re-new my BlooD Pressure Pills, SHe THen Argued wiTH
me, yelled AT me, THreaTend To locK me uP in K-dorm, So I
SigHned A. ReFusAl To GeT AwAy From Her, And wAS BroughT BACK
To New River wesT C.I., I'm GeTTing worse From Bone-inFecTion
THe Pain is in my Legs, HiPs, lower BACK, SEvere Bone-Pain, I've AsKed
mRS. STEvens S.H.S.A To PlAce me on Pain-mAnAgemenT From DR.lord's
RecomendATion oxocodone 10ᵗʰ 4.Time A. DAy, SHe GoT mAd AT me And
SAid no BecAuse I SigHned A. ReFusAl, (I'm STill in Pain.) I SHould
HAve Been BroughT STrAiT To memoriAl in JACKsenville Ayywdyjs
(my FAmily is looKing For ATTorney now.) PleAse" HelP' PAin"
1-14-09
DATE

RonniE ScoTT Cooper 542240
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY
EXTENSIONS:

1-14-09  , RonniE S. Cooper
#         Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on  1-20-09
(Date)

Institutional Mailing Log #: _____

M.Solano
(Received By)

DISTRIBUTION:   INSTITUTION/FACILITY         CENTRAL OFFICE
                INMATE (2 Copies)            INMATE
                INMATE'S FILE                INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

**PART B - RESPONSE**

| COOPER, RONNIE | 542240 | 0902-210-003 | NEW RIVER-WEST UNIT | L2142S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL: THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

You were seen by Dr. Lord on 12/10/09 and his recommendation at that time was send to Memorial Medical Center for L4-5 disc space aspiration and other treatments. Time was scheduled for that procedure in the special procedures unit at Memorial Medical Center and you were transferred to RMC on 12/29/08 for the procedure. You signed a refusal and returned to NRCI. This procedure was recommended by a specialist and for whatever reason you have placed yourself in an unfavorable position with that specialist. You have had the opportunity to address your back problem and for whatever the reason you have chosen not to cooperate.

BASED ON THE FOREGOING YOUR GRIEVANCE IS HEREBY DENIED. Should you elect to obtain further edministrative review you may do so by obtaining Form DC1-303, Request for Administrative Remedy or Appeal, as required by Chapter 33-103 and forwarding your appeal to the Bureau of Inmate Grievances, 2601 Blair Stone Road, Tallahassee, Fl. 32399-2500, within the specified time frame

RETURNED TO INMATE: 2-27-09

Dr. W. Bala
Chief Health Officer

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 2-27-09 |
|---|---|---|
| | | DATE |

| COPY DISTRIBUTION -INSTITUTION / FACILITY | COPY DISTRIBUTION - CENTRAL OFFICE |
|---|---|
| (2 Copies) Inmate | (1 Copy) Inmate |
| (1 Copy) Inmate's File | (1 Copy) Inmate's File - Inst./Facility |
| (1 Copy) Retained by Official Responding | (1 Copy) C.O. Inmate File |
| | (1 Copy) Retained by Official Responding |

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

| From: | Cooper | Ronnie | S | 542240 | New River - West Unit |
|---|---|---|---|---|---|
| | Last | First | Middle Initial | Number | Institution |

---

### Part A – Inmate Grievance

Dr. Lord did back surgery on me a little over a year ago at Memorial Hospital in Jacksonville, FL. Ever since the operation the problem has gotten worse along with severe bone pain in my lower back. I kept telling Dr. Roxas, New River-west Unit. That there was something wrong and that The Tylenol, Ibuprofen, Naproxin etc., did not help the pain in my lower back. Finally, I was sent to see Dr. Lord and he ordered an M.R.I. done of my lower back in order to ascertain the cause (s) of The problem and pain. After the M.R.I. was done, Dr. Lord had me brought to see him. When Dr. Lord read the M.R.I. to me he stated that during the first surgery a germ got in my back causing a "life threatening bone infection." He, Dr. Lord, then ordered, or rather, requested an "urgent" order to have me sent to Memorial Hospital for an in-line-pic antibiotics and prescribed 10 milligram Oxycodone every 6 hours for pain. I was returned to New River-West Unit where I received the recommended and prescribed dosage of pain medication (which helped tremendously) for 7 days after which it was stopped. I went to sick call about The renewal of The pain medication and eventually saw Dr. Bela C.H.O. New River-West Unit, who would not re-prescribe The pain medication. This happened approximately 2 weeks before I was sent to Room 1 at Lake Butler where I asked Linda Dopier if she could renew my blood pressure medication while I was there. She then yelled at me for not having done so already at my institution (I had and was awaiting The re-fill when I was shipped) and threatened to lock me up in K-dorm. In order to escape Linda Dopier's verbal abuse, I signed a refusal and was shipped back to New River-West Unit.

The severe bone pain in my lower back, hips and legs is getting worse from what I presume is The bone infection germ introduced to my body during surgery. I have asked Mrs. Stevens SHSA at New River-West Unit to be placed on pain management using Dr. Lord's prescribed recommendation. Her angry response was an adamant; "No you signed a refusal." I am still in pain, I still have an untreated bone infection that is, in Dr. Lord's own words, "life Threatening." My family has talked with officials in Tallahassee about This matter, who in turn is receiving erroneous information from New River-West. My family attorney is awaiting word as to what we want to do. Personally, I'd like to settle this deliberate indifference of medical treatment amicably. Please help!

| 2-4-09 | | Ronnie Scott Cooper 542240 |
|---|---|---|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

RECEIVED
FEB 11 2009
GRIEVANCE OFFICE
NEW RIVER CI

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

_____ / _____
#          Signature

---

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below.)

When an inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _____ _____
                                    (Date)                                                                    (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INSTITUTION (2 Copies)         INMATE
                INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

0902.210.003

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| COOPER, RONNIE | 542240 | 09-6-02151 | NEW RIVER-WEST UNIT | L2142S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07G (NOT GET MEDICATION (MEDICAL))

| 1/20/09 | 09-6-02151 | |
|---|---|---|
| DATE | GRIEVANCE LOG NUMBER | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

JAN 2 6 2009

Bureau of Inmate Grievance Appl.

**PART B - RESPONSE**

| COOPER, RONNIE | 542240 | 09-6-02151 | NEW RIVER-WEST UNIT | L2142S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

M. Solano

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 1/26/09 DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

*(Instructions on Back)*

Mail Number: _____
Team Number: _____
Institution: _F.S.P. WEST UNIT_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name Ronnie Scott Cooper | DC Number 542240 | Quarters L-2-142-S | Job Assignment R. Houseman | Date 5-18-09 |
|---|---|---|---|---|---|

**REQUEST**

I wrote a Request A - while back and it was about the D.E.R. that was faxed to the - Region for white petrolatum - Cream for my Amputated - Leg so my liner don't break my scar tince down when I wear my prosthetic - Leg. Cynthia Stevens said to check in 2 or 3 Day's for it, That was on 5-5-09, I never got the white petrolatum - Cream for my Leg. Could Some-one Please Find - out why I never Recieved This yet.                 Thank you For your Time.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

──────────────── DO NOT WRITE BELOW THIS LINE ────────────────

**RESPONSE**                                                 DATE RECEIVED:

RECEIVED
MAY 18 2009
HEALTH SERVICES ADMINISTRATION
FS. WEST

Review of xxxx your medical record indicates the DER was denied. If you have further concerns you have the option of going through sick call.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): _____ C.B. Bowlan, SHSA | Date: 5/18/09 |
|---|---|

Distribution:   White   -Returned to Inmate       Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

# INMATE REQUEST

DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____

Team Number: _____

Institution: *F.S.P. West-Unit*

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☑ Medical  ☐ Mental Health | ☐ Dental  ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name: Ronnie Scott Cooper | DC Number: 542240 | Quarters: L-2-142 S | Job Assignment: R-House-Man | Date: 4-20-09 |
|---|---|---|---|---|---|

## REQUEST

I Seen DR. Roxas on 4-20-09 Around 10:30 A.M
I Have A. Bone-infection in my Lower-BACK And
I Believe it's now in my Left CHEST-Bones it's
Been in my Body For Around 2-years From
Lower-BACK surgery DR. Lord Did AT memorial
Hospital in Jacksonville, FLA. I'm in "extreme-Pain"
And Asked To Be Placed on Pain-Management But
it's Always Been ignored; Just As I Asked DR.
Roxas, I Do Have An Attorney" And He is working
on This CASE-Bone-infection And extreme Pain; ~~(~~
~~████████████~~ (I'm Asking To Be Placed on Pain-
Management AGAin The Speacilist Had Put me on
OxoPerdone-10# For This.) THANK you For your Time!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: Rec'd 4-22-09    medical

You need to accen sick call
regarding this issue.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): E.L. McMahon | Date: 4/22/09 |
|---|---|

Distribution:   White   -Returned to Inmate   if kept by official responding, or if the response is to an
               Canary  -Returned to Inmate   informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)



# FLORIDA
# DEPARTMENT of
# CORRECTIONS

Governor
**CHARLIE CRIST**

Secretary
**WALTER A. McNEIL**

*An Equal Opportunity Employer*

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

February 16, 2009

Inmate Ronnie Cooper, DC#542240
New River Correctional Institution
7819 N.W. 228th Street
Raiford, Florida 32026

Dear Inmate Cooper,

*Linda Oppier ABuse,*

This office is in receipt of your letter of January 5, 2009. In your letter you are requesting pain medication.

A review of your records indicates you were scheduled for a special procedure to treat your condition and you refused. If you want alternative care such as pain management, you will be required to sign up for sick call to further discuss this with the physician. *I need To Be in memaiM - I've Been To Sick - Call - "NO"*

In the future you are encouraged to attempt to resolve your problem at the institutional level. In the event that you fail to achieve the satisfaction you deem appropriate, then you may always follow the grievance process in accordance with Chapter 33 DC Rules. *I Did Grieve To Warden -*

*ver Seen him SC*

By copy of this response to you, I am forwarding your letter to Dr. Bala, CHO for review and further disposition as deemed appropriate.

Sincerely,

Pilar Tournay
Impaired Inmate Coordinator

PT/jb

Cc: Dr. Bala, CHO
    Inmate Record, Central Records Management, Central Office

CONFIDENTIAL
"THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW."

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: *New River West*

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other | *MRS Stevens* |
|---|---|---|---|---|---|

| FROM: | Inmate Name<br>Ronnie Scott Cooper | DC Number<br>542240 | Quarters<br>L-2-142-S | Job Assignment<br>R-Houseman | Date<br>1-12-09 |
|---|---|---|---|---|---|

**REQUEST**

you Answered My REQuest 12-29-08 on 1-07-09
you STATed, I Sightned A. REFuSAl So IHeve
For you Dont Get wHAT DR. Lowd Spencilist
ordeR For me For PAin Reccomendation –
oxocodone 10". well my PAin medicaTion was
CuT-OFF wAy BeFore I SigHtned A, REFuSAl
BeausE "BALA" e.H.O. CAlled me ouT And Said
wHAT ARe you Going To do wHen your PAin –
meds Run-OuT, I LvooKed For DR. BALA To
RE-Knew THem Knowing I Have A. Serious-
Bone infecTion From my First Lower BACK
SuRgury And He wouldnt (my ATTorney is meeting
wiTH Some-one in D.O.C in TAllAHAsSee.)

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview. All
informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                              DATE RECEIVED:

**RECEIVED**
JAN 1 3 2009
HEALTH SERVICES ADMINISTRATION
NEW RIVER C.I. WEST UNIT

Noted

I do not understand your Request.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.|

Official (Signature) _Cynthia Stevens, SHSA_        Date: 1-33-09

Distribution:    White    -Returned to Inmate    Pink    -Retained by official responding, or if the response is to an
                 Canary   -Returned to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _New River West_

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Ronnie S. Cooper | 542240 | L-2-142-S | R. Houseman | 1-12 09 |

**REQUEST**

I need All medical Records whAT DR Lorel
AT on the Clinic HAS wroTe Down AbouT my
lower BACK, whAT Ever THE CosT is TAke
iT ouT of my Account, These Are going
To Be senT To my ATTorney on OTH
STreeT.
            I Think you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED: 

RECEIVED
JAN 13 2009
HEALTH SERVICES ADMINISTRATION
NEW RIVER C.I. WEST UNIT

I will send you a call-out to sign the forms to
take the money out of your bank account to pay
for the copies.

PAULA NORMAN
Health Information Specialist

[The following pertains to informal grievances only:]  New River C. I.

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): P. Norman, HIS | Date: 1/15/09 |
|---|---|

Distribution:  White  -Returned to Inmate       Pink  -Retained by official responding, or if the response is to an
               Canary -Returned to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

INMATE REQUEST

DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Institution: F.S.P. West-Unit

S.K.S.A.

TO: (Check One)
- Warden
- Asst. Warden
- Classification
- Security
- ✓ Medical
- Mental Health
- Dental
- Other

FROM:

Inmate Name: Ronnie S. Cooper

DC Number: 542240

Quarter: L2-142-S

Job Assignment: R. Housing

Date: 10-28-09

**REQUEST**

THE Specialist - MR. Lang who I seen At R.M.C. on 10-14-09, Put in order on Consultant Report for me To Be seen By Nurologist - DR. Lohse At memorial medical Center in Jacksonville, Fla; were He SEES in-mates. Can you please let me know if That will Be Soon.

Thank you for your Time!

R.S.C.

All requests will be handled in one of the following ways: 1) Written Information or informal grievances will be responded to in writing   2) Personal Interview (No).

RECEIVED
OCT 2 9 2009
HEALTH SERVICES ADMINISTRATION
FSP-WEST

DO NOT WRITE BELOW THIS LINE

**RESPONSE**                    DATE RECEIVED

Inmates are not permitted to know about outside appointments, or any particulars regarding them. It is in process.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.)

Official (Signature) _____ C.B.Bowlan, SHSA     Date: 10/29/09

Distribution:   White   -Returned to Inmate      Pink:   -Retained by official responding, or if the response is to an
              Canary   -Retained to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

*(Instructions on Back)*

Mail Number: _____
Team Number: _____
Institution: _F.S.P. West Unit_

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other _C. B Bowlan_ |
|---|---|---|---|---|

| FROM: | Inmate Name: Ronnie Scott Cooper | DC Number: 542240 | Quarters: L2-142S | Job Assignment: R-West-Min | Date: 12-2-09 |
|---|---|---|---|---|---|

**REQUEST**

Your Request Dated 10-29-2009 - said it was in the "Process" for me to be seen by DR. Lohse Nurologist at M.M.C.J. it was written by Specialist 10-14-09 is it going to been soon. I know you can not tell U Appointment Dates.

Thank you for your Time!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**RECEIVED**
**DEC 03 2009**
HEALTH SERVICES ADMINISTRATION
FSP-WEST

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    DATE RECEIVED:

Dr. Lohse's referral was put on hold when on 11/10/09 you refused to be seen by Dr. Lord in orthopaedics. If you have further concerns you have the option of accessing sick call.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): _C. B. Bowlan, SHSA_ | Date: 12/08/09 |
|---|---|

Distribution:   White   -Returned to Inmate
                Canary  -Returned to Inmate

Pink   -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

## INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: F.S.P. West-Unit

(Instructions on Back)

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☒ Medical  ☐ Dental | ☐ Other: S.H.S.A C.B. Bowlan |
|---|---|---|---|---|

| FROM: | Inmate Name Ronnie Scott Cooper | DC Number 543240 | Quarters L-1-142S | Job Assignment House Man | Date 1-18-10 |
|---|---|---|---|---|---|

### REQUEST

C.B. Bowlan, you spoke with my Mother Thursday 1-16-10 about the Bone-infection in my Body. DR. Lord has Brain Cancer and is not seeing inmates my Mother found-out. She also contacted specialist MR. Lang at his Gaineville Fla. office who has an office at R.M.C. Specialty-Clinic. MR. Lang said to my Mother He wrote the Consultant-Report for me to see nurologist DR. Lohse at memorial on 10-14-09 (and that was to get me "away" from "DR. Lord") MR. Lang specialist can't believe I haven't seen DR. Lohse yet and said its "urgent" because going on 3 years its blood-line (you were supposed to have called my mother back after looking at my chart Rita Proctor-852-595-2041) Right down the Road from Here.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**RECEIVED**
**JAN 19 2010**
HEALTH SERVICES ADMINISTRATION
FSP WEST

### DO NOT WRITE BELOW THIS LINE

### RESPONSE

DATE RECEIVED:

Review of your medical record indicates Lang only recommended that consideration be given for a follow-up with Dr. Lohse in six months since 10/14/09. The determination will be made by your current institutional physician. That consult referral is NOT due until around April. It will remain your current institutional physician who will make the final decision. Inmates are NOT to be given any specifics to outside appointments and Mr. Lang is in violation - had he given you correct information , which he did not, the appointment would have been changed.

c

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Signature): C.B.Bowlan, SHSA | Date: 1/19/10 |
|---|---|

Distribution:  White - Returned to Inmate
Canary - Returned to Inmate

Pink - Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

**INMATE REQUEST**

DEPARTMENT OF CORRECTIONS

**(Instructions on Back)**

Mail Number:
Team Number:
Institution: F.S.P. west unt

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Dental | ☐ Other S H S H-<br>C.B Bowlan |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Ronnie-Scott Cooper | DC Number<br>542240 | Quarters<br>L2-142-S | Job Assignment<br>R-House-unn | Date<br>1-13-10 |
|---|---|---|---|---|---|

**REQUEST**

I need To Know if your Going To Send me To memorial Hospital To See Nuro-Surgean DR. LoHSE, Soon: A-Bone in my Lower-Back Broke And its moving Around in my Back Hitting my Skin inside. I Have infection That was Coming out my Spine on Neck Area And in my Head. I can Hardly feel my Legs Any-more And I Think I Go To Black-out From Blood-Pressure High From Pain And I Take my Blood-Pressure-Pills every Day. My Shoulder Bone's And chest-Bone's Pain into my Body And I can Hardly Breath or Eat Any-more (I Have People who need To Know if Im Going Soon.) (I Thank you for your Time.) R.S.C.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

RECEIV
JAN 14 2010
HEALTH SERVICES ADMINISTRATION
FSP-WEST

—————— **DO NOT WRITE BELOW THIS LINE** ——————

**RESPONSE**

DATE RECEIVED

Review shows you were seen by the physician on this date and issues were addressed.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature) | Date: |
|---|---|

C.B.Bowlan, SHSA                1/19/10

Distribution:  White  -Returned to Inmate      Pink  -Retained by official responding, or if the response is to an
               Canary -Returned to Inmate             informal grievance then forward to be placed in inmate's file.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _F.S.P west tier_

| TO: (Check One) | ☐ Warden   ☐ Asst. Warden | ☐ Classification   ☐ Security | ☑ Medical   ☐ Dental | ☐ Other  S.H.S.A. |

| FROM: | Inmate Name  Ronnie Scott Carter | DC Number  542240 | Quarters  L2-H05 | Job Assignment  R. Museum | Date  1-25-10 |

**REQUEST**

iF Im not being sent to Nurologist DR. Lohse
At memorial when my consult on 10-14-09
was wrote for it Then cancel every thing!

Those infection in my Head will Just Run
their course like the bone infection HAs
for 3-years.

I thank you So much

RECEIVED
JAN 2 6 2010
HEALTH SERVICES ADMINISTRATION
FSP-WEST

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED:

You are not permitted to know anything about outside consults arranged.  Further, you cannot refuse via written request.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____.  (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature)          C.B.Bowlan, SHSA | Date:          1/29/10 |

Distribution:     White   -Returned to Inmate          Pink   -Retained by official responding, or if the response is to an
                  Canary  -Returned to Inmate                   informal grievance then forward to be placed in inmate's file.

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: F.S.P. West-Unit

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other | S.H.ScA. |
|---|---|---|---|---|---|

| FROM: | Inmate Name Ronnie Scott Cooper | DC Number 542240 | Quarters L2-142S | Job Assignment B-House-Man | Date 1-25-10 |
|---|---|---|---|---|---|

**REQUEST**

Cancel Any Call-out For me To R.M.C.
Ortho-Clinic For my Bone-Infection. I'm AT
THE LAST STAGES OF THIS infection THE -
AntiBiotics Alone CAN kill you And I'm just
To Tired From "Pain"- not Eating. I'm weak, I'm
not Going To Just keep Taking Blood -Pressure
Pills For ProBlem Either Here. I GUESS ALL
my Symptoms ARE Fake And i weighted AT 1-
Time 150 it went To 120 now-113 Pounds,
I Should Have Been SenT To DR. LOUISE Bone-
Surgen when order was written. D.O.C. GAve me
THIS Bone-infection not me, I've never Had A.C.C.
in 6-years AT THIS Camp. THIS is what is [Addressed].

All requests will be handled in one of the following ways: 1) Written Information or
informal grievances will be responded to in writing.     2) Personal Interview. All

JAN 26 2010

DO NOT WRITE BELOW THIS LINE

HEALTH SERVICES ADMINISTRATION
FSP-WEST

**RESPONSE**          DATE RECEIVED:

You cannot refuse a referal via any Request sent.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature) C.B. Bowlan, SHSA | Date: 1/29/10 |
|---|---|

Distribution:   White   -Returned to Inmate        Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                    informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

## INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: F.S.P. West-Unit

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Dental | ☐ Other S.H.S.A |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Romie Scott Cooper | 542240 | R2-425 | R-House man | 1-25-10 |

### REQUEST

DR. Roxas Seen me on 1-25-10 She Stated
she was Sending me Back to orthopedics at RMC,
Could you Please Tell me what orthopedic <
Doctor if its Dr. Lord I want for. Dr.
Roxas Has Told me lie After lie. if your
A Doctor And Clearly Knows Some-one Has A
Life Threating infection And said she was Sending
me Urgent And Doesn't And Knows one Has order
Urgent Since 2008 And New Consult 10-14-09 And
Still Doesn't Send you Urgent. That Doctor Roxas
is in Violation According To Law-Book Amendment,
Also Doctor Just Keeps Raising Blood Pressure Medicine
insted of Treating my Pain And Bone-infection. R.S.C

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

### RESPONSE

DATE RECEIVED

RECEIVED
JAN 2 6 2010
HEALTH SERVICES ADMINISTRATION
FSP-WEST

You are permitted only ONE issue per writing. You are being rethered to Ortho.
There is no indication of any particular physician. Further the referral is not
indicated as urgent.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature) | C.B. Bowla... USA | Date: 1/29/10 |
|---|---|---|

Distribution:   White   -Returned to Inmate       Pink...   ...cial responding, or if the response is to an
                Canary  -Returned to Inmate                 ...n forward to be placed in inmate's file.

INMATE REQUEST

(Instructions on Back)

Team Number

Institution: FSP-WEST

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☑ Medical ☐ Mental Health | ☐ Dental ☐ Other | S.H.S.A. |
|---|---|---|---|---|---|

| FROM: | Inmate Name: Ronnie Scott Cooper | DC Number: 542240 | Quarters: L2-142 SR-House | Job Assignment: | Date: 8-3-09 |
|---|---|---|---|---|---|

REQUEST

I HAD DR. MicHAel J Lord, M.D. examined THRU "ViTALS".
Com. Doctor's ProFile. SPeciAlTy - SuB"- SPeciAlTy orTHoPDic
Surgery of THe SPine. Education - medical - SCHool - University
of SouTH FloridA College of medicine. CompleTed - 1987 -
His insTiTuTion RATing WAS only 2-STAR.
ProceduRes & SERViceS & THE TOP Sergical Procedures
PerFormed yeaRly BY DR. Lord ARE: Procedure - ● SPinAl -
FuSion - volume only 11 CompleTed -RAnKing is - 0
ScoRe - is - 0. Procedure volume RAnKing's Are DeTermined
By CompAring A. DocTor's volume To oTHer DocTors;
(DR. Lord's RAnKing is - 0 ~) you CAn Re-liew Any DocTor
THru ViTAls.Com. Tis is why I Also Am AsKing
To See DR. LotHse.(My FAmily STill Review w: Lord)

RECEIVED
AUG 04 2009
HEALTH SERVICES ADMINISTRATION
FSP-WEST

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE

RESPONSE                                        DATE RECEIVED:

| You have only made statements herein.  What is your medical concern? |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Signature) | G.B.Bowlan, SHSA | Date: 8/4/09 |
|---|---|---|

Distribution:    White    -Returned to Inmate        Pink.  -Retained by official responding, or if the response is to an
                 Canary   -Returned to Inmate                informal grievance then forward to be placed in inmate's file

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _New River West_

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Ronnie S. Cooper | 542240 | L-2-142-S | R. House-man | 12-29-08 |

**REQUEST**

Dr. Lord at ortho-clinic at R.M.C. put an urgent order in for me to go to memorial hospital because I have a serious bone infection in my back and its in my legs. He ordered a recommendation for pain medication. I got the pain medication for 1-week and it stoped. Balla C.H.O. called me out and said what are you gonna do when your pain medication runs out. I looked for Dr. Balla to renew the pain medication till I got to memorial hospital since hes the C.H.O. He didnt (Im in pain) my family's calling D.O.C. Tallahassee, Fla. on 12-29-08 at 10:00 am to explain also this. Thank you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    DATE RECEIVED:

You signed a refusal not today on the writing of this request 12-29-08

RECEIVED
JAN 05 2009
HEALTH SERVICES ADMINISTRATION
NEW RIVER C.I. - WEST UNIT

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature) _Cynthia Stuen_ SHSA   Date: 1-7-09

Distribution:   White -Returned to Inmate     Pink -Retained by official responding, or if the response is to an
                Canary -Returned to Inmate            informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

## INMATE REQUEST

DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number
Team Number
Institution  FSP-West In.T

| TO: (Check One) | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Warden | ☐ Asst. Warden | ☐ Classification | ☐ Security | ☑ Medical | ☐ Mental Health | ☐ Dental | ☐ Other |

St. SA

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Ronnie Scott Cooper | 542240 | L2-142-S | R-House-nn | 6-30-09 |

### REQUEST

After THE THing's Doctor-Lowd SAid To me on 6-30-09 And what-Ever He wrote-Down on Consultant Blue-PAper; He's not Going To Do THat To me with A Needle in my Spine And inflict more PAin. He's Angry" JAt me like every-one Else; well I'm not HAppy with what I Got + Bone Infection During His Surgery. Also I Do not want To Go THru hinDA DAficer in Room-1* AT R.m.C. Ever AGAin THis were THis All StArted. I Am not Going To Let And Angry DR. Lowd who's Let me Suffer Foh 2-yeArs Try And Act like He wAnts To HeIp me, I'm ASKing To SEE One of THE other 2-Doctor's "AGAin"

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

RESPONSE                                    DATE RECEIVED:

**RECEIVED**

JUL 0 1 2009

HEALTH SERVICES ADMINISTRATION
FSP-WEST

Review of your medical record indicates your care has been appropriate.
You cannot choose your medical care provider.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.)

| Official (Signature): | Date: |
|---|---|
| C.B. Bowlan, SHSA | 7/2/09 |

Distribution:   White   -Returned to Inmate        Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

(COPY Made) ESQ.
1. RanDall C. Berg Jr. ESQ
2. JAMES U COOK. ESQ

# DEPARTMENT OF CORRECTIONS

## INMATE REQUEST

(Instructions on Back)

Mail Number
Team Number
Institution: F.S.P. WEST-UNIT

| TO: (Check One) | ☐ Warden | ☐ Classification | ☑ Medical | ☐ Dental | C. B. Bowlman |
|---|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other | SH, SA |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Ronnie Scott Cooper | 542240 | 2-2-142-S | R-House-man | 7-2-09 |

## REQUEST

I Recieved your Request STATing THAT DR. hood will only Provide Care For me; AFTER Seeing DR. hood on 6-29-09 I Tried one more Time; "No" DR. hood will not Do A. Disc AspivATion on me AT Memorial; BAil me out To Sickin Refusal me And my New ATTorney Talked To my FAmily He Said Do not Let DR. hood Do Anything To you, He Said under THE LAw I Have A Right To Have 2ND opinion Nurologist - DR. howsie AT memorial. your Request you Answered will Be Sent To RandAll C. Berg, JR. ESQ. miAmi, Florida. 2ND ATTorney; I Have my FAmilies ConTacTing TAllAHASSEE, FLA For Coverage And PAPer works in Because of 2ND Delay of Time To SEE DR. howsie. DR. hood Has Lied To me About DAmage To my BACK! (I will not SEE Him.)

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All
informal grievances will be responded to in writing.                     Point!

**RECEIVED**
JUL 06 2009
HEALTH SERVICES ADMINISTRATION
FSP-WEST

—————— DO NOT WRITE BELOW THIS LINE ——————

## RESPONSE

DATE RECEIVED

You were correctly responded to.  No inmate may decide who is to provide services.
Further, you always have the right of refusal and that right will be honored.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Signature) C.B. Bowlan, SHSA | Date: 7/7/09 |
|---|---|

Distribution:   White   -Returned to Inmate        Pink   -Retained by official responding, or if the response is to an
              Canary  -Returned to Inmate                informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

**INMATE REQUEST**

DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number
Team Number
Institution  F.S.P West-unit

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☑ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other | S.H.S.A. |
|---|---|---|---|---|---|

| FROM: | Inmate Name<br>Ronnie Scott Cooper | DC Number<br>542240 | Quarters<br>L2-142S | Job Assignment<br>R. Housemn | Date<br>6-30-09 |
|---|---|---|---|---|---|

**REQUEST**

I SEEN DR. how) AT R.m.c. on 6-29-09 I Dont Know who would Send me BACK To Him, we Do not Get Along, And Ive Requested Several Time's To SEE AnotHer Doctor, THere's 2# ortHo - Doctors And DR. how SEE Neurologist AT memorial medical - Center, "DR. how" HAS Let me Suffer in PAin" Four over 2-years Since June 5TH 2007 I Dont want DR. how Doing Anything BecAuse whAT He's CAused in my Life And is STill on Going, very Cruel PunishmenT As my ATTorney STATed, I'm Asking AGAin Could I PleAse" SEE AnotHer Doctor" with will Help me with THis Bone-Infection And PAin - MAnAgemenT.) As Soon As you CAn. o thank you!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE**

DATE RECEIVED:

**RECEIVED**

**JUL 01 2009**

HEALTH SERVICES ADMINISTRATION
FSP-WEST

Review of your record and consultation clearly indicate appropriate follow up is already being planned for 4-5 disc aspiration at Memorial. It will remain your current institutional medical practitioner who will decide all courses of treatment.

The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.)

| Official (Signature)  O.B.Bowlan, SHSA | Date:  7/2/09 |
|---|---|

Distribution:   White   -Returned to Inmate
                Canary  -Returned to Inmate

Pink  -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)



Gary Morgan and Ronny Cooper paddle on the Ohio River in preparation for Sunday's Little Miami Triathlon. Cooper, who lost his right leg when he was 18-years-old, competes with a prosthesis.

# Beating the odds

## Amputee vows to finish triathlon

**By Kellie Taylor**
Post staff reporter

The physical scars are evident, the pinkish line that snakes up from Ronny Cooper's left ankle and the shiny ebony prosthesis – complete with a laminated Harley Davidson bandana and decal – that now serves as his right leg.

At the age of 18, Cooper was crossing a street in his hometown of Miami, when a drunken driver sped through a red light and slammed into the teen-ager.



**Ronny Cooper**

"Laws were different then, not as tough," Cooper, 38, said. "He didn't kill me, so he spent the night in jail and they let him go. He also didn't have insurance, so I never got a dime from him."

Understandably, Cooper was devasted. His right leg was amputated above the knee and the lingering pains in his neck and lower back are still excruciating at times. But his outlook has remained positive, his will strong and determined.

---

## Little Miami Triathlon

■ **When:** Sunday, June 4.
■ **Time:** Race starts at 8 a.m.
■ **Where:** Race begins and ends at Morgan's Canoe and Outdoor Center in Fort Ancient.
■ **What:** The Little Miami Triathlon is one of the largest events of its kind. It consists of six miles of canoeing, six miles of running and 18 miles of biking. Participants compete in two-person teams in one of six divisions.
■ **Divisions:** Open, Male-Male, Male-Female, Female-Female, Parent-Child and Masters – combined age of 80 or older.
■ **Who:** More than 450 teams have registered. Capacity is 500 teams.
■ **Information:** To register or learn more about the Little Miami Triathlon, call Morgan's Canoe and Outdoor Center at 932-7658 or visit the Web site www.littlemiamitriathlon.com.

---

That in part is why Cooper, who moved to downtown Cincinnati two years ago, decided to compete in Morgan's Little Miami Triathlon on Sunday.

"In the beginning, it wasn't easy," said Cooper, his long, wavy blond

See **TRIATHLON** on 3B

# the toughest part

**From 1B**

hair blowing in the afternoon breeze. "I was depressed a lot and I didn't think I would be able to do anything ever again. As time went on, I started to feel like it was a part of me that I had to deal with. Now, I feel like I've been this way all my life and I feel normal.

"I want to be an inspiration to other people, let them know what an amputee is capable of doing. I like a challenge and I'm going to do my best to finish."

The Little Miami Triathlon, one of the most prestigious races of its kind, is a challenge for anyone. The race includes six miles of canoeing, six miles of running and 18 miles of biking around and through Port Ancient and Oregonia, Ohio.

Cooper has competed in several road races, finishing the 5K race in this year's Heart Mini-Marathon in 38 minutes.

The running portion of the Little Miami Triathlon is fairly flat until the last mile known as "Killer Hill." The ominous name hasn't discouraged Cooper.

"If I have to crawl up it, I'll make it up that hill," Cooper said.

The canoeing is new to him, but a sculpted upper body – one that has become a canvas for a montage of colorful tattoos – has helped him pick up the sport quickly.

It's the cycling that could cause some problems. Cooper will remove his prosthetic leg for the 18-mile trek, attaching it to his handlebars.

"Pedaling with one leg for 18 miles is unbelievable," Cooper said. "There is a lot of pain in my leg. If I have to, I will take a rest, but I will still get back on and ride."

Gary Morgan, triathlon organizer and owner of Morgan's Canoe and Outdoor Center, was touched by Cooper's story and has helped sponsor him in the race.

"He's an amazing man," Morgan said. "He is determined to make it through all three segments of this triathlon. That in itself is tricky enough. To be doing it with one leg is unbelievable. I think there a lot of people out there – with a disability or not – who can look at this and realize what they are capable of doing."

That is the main reason behind Cooper's efforts. Sure, he loves to make his 16-year-old son, Robert – a track star back in Miami – proud and the sponsorship he receives from competing helps him get by. But it's the satisfaction of helping others that remains his driving force.

"I get a high off of running, trying to finish, seeing what I can do," Cooper said. "When I run, I'm running for myself, but also for the amputees who don't think they can. I want to show them 'Hey, you can do it too.'"

Cooper has also helped other amputees by donating time at the Rocco Prosthetic and Orthotics Center in East Walnut Hills. He helps make some of the prosthetics and shows many of the recipients the best way to use them.

"I just like helping people," he said.

**REDS REUNION**
**CARDS*INDIANS**
call **721-SEAT**
BEST PRICES • MORE CHOICES

*[Handwritten note:]* Im going BACK To ← work Here wHen I GeT ouT in CincinnaTi, OHio.

```
                    FLORIDA DEPARTMENT OF CORRECTIONS         08/14/09
      IISO885                   INMATE NOTICE
                           FOR MONTH OF: JULY,2009
```

INMATE NAME: COOPER, RONNIE  S.                      DC NUMBER: 542240
FACILITY: FSP WEST UNIT                        HOUSING ASSIGNMENT: L2142S
                                                        MAIL-BOX:

CLASSIFICATION TEAM: 07  LBS20 MRS.LASSETER


THE INFORMATION CONTAINED IN THIS NOTICE IS PROVIDED FOR INFORMATION PURPOSES
ONLY AND IS SUBJECT TO CHANGE AT ANY TIME.  GRIEVANCES RELATED TO THIS GAIN
TIME AWARD SHALL BE FILED PURSUANT TO THE FORMAL GRIEVANCE PROCESS NO LATER
THAN THE END OF THIS CALENDAR MONTH.

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                                       *
*  ASSIGNMENT PERFORMANCE:        ABOVE SATISFACTORY                     *
*    REASON (UNSATIS. OR ABOVE): WORK AND STUDY HABITS                   *
*    EVALUATED BY:               FSP WEST UNIT                           *
*                                                                       *
*  SECURITY EVALUATION:           ABOVE SATISFACTORY                     *
*    REASON (UNSATIS. OR ABOVE): GENERAL COMPOUND BEHAVIOR               *
*    EVALUATED BY:               FSP WEST UNIT                           *
*                                                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                                       *
*                                                            DAYS       *
*                                                            --         *
*  INCENTIVE GAIN TIME AWARD RECOMMENDED:                     NA        *
*    ENHANCED GAIN TIME AWARD RECOMMENDED:                    NA        *
*    STP GAIN TIME AWARD RECOMMENDED:                         10        *
*    VCC GAIN TIME AWARD RECOMMENDED:                         NA        *
*                                                                       *
*  MODIFICATION OF INCENT: (MITIGATED)  WORK/PROGRAM STABILITY          *
*                                                                       *
*  OTHER GAIN TIME AWARD RECOMMENDED:                                   *
*    WORK GAIN TIME AWARD RECOMMENDED:                        NA        *
*    EXTRA TIME AWARD RECOMMENDED:                            NA        *
*    CONST TIME AWARD RECOMMENDED:                            NA        *
*                                                                       *
*    THE ABOVE AWARDS MAY NOT APPLY TO ANY OR ALL COMMITMENTS BASED     *
*    UPON SENTENCING PROVISIONS AND/OR DISCIPLINARY ACTION.             *
*                                                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

CURRENT TENTATIVE RELEASE DATE: 11/03/2011

① 

LEGAL MAIL PROVIDED TO
FSP WEST UNIT
ON
FEB 0 8 2010
FOR MAILING
INMATES INITIALS

CLERK OF COURT, I PUT A. REQUEST
in To in-mate -BANK For PAST -6-
MONTHS OF my ACCOUNT, And THey
HAUE not Give it To me Here At
F.S.P. -West -Unit. THere Doing
EveryThiny Here THey Can to SEE
THis Bone -inFection Kill's me.
I Get $ 200 Hundred -Dollar's A.
MONTH Sent To me From my MOTHER
RITA Proctor in CiTRA, FloridA. 3185
NE. 162 Pl. 352-595-2047 -> PHone.
THere StArving us Here At THis
CAmp And with THAT $ money I
Buy FOOD And HyGene From THe
CAnTeen, For THE $ 150 Filing -Fee
I Tried Filing Forward -PAuferisd.
BUT THey wont Give me Print -out
OF my ACCount. Could you "Please"
Just Take $ 5.00 Dollar A. MONTH
out OF my ACCount. iF SomeBody
Dont Help me Get To Memorial -
HosPital Real Soon THis Bone -inFection's
Disci TTis is going To Kill me Im
At THE LAST Stages OF it, its
Been in my Body Since 6-5-07
Almost -3-YeAr BecAuse THey wouldnt
Send me To AlternATive Doctor-
Nurologist DR. DEAn C. LOHSE At
Memorial -HosPitAl, I Have A. New
ConsulT -Report written Form A.
SPecialist At R.M.C. To See DR.
LOHSE AT M.M.C.J. And it WAS
WritTen on 10-14-09    ↓ ↓



THE Medical Department still Has Not Sent me And old Consult Report was written in 2008 As "URGent" Under lined 3. Times By Specialist. At R.M.C. THE Bone-infection in me is Blood-Line its Gone To Both my Shoulders neck, Nerve Damage in Amputated- Leg, There's Bone's moving Around in my Lower-BACK Hitting me in my skin, my Intestines Hurt & Can Hardly Eat And Lost 37. Pounds. my Head is Having sharp Pain, my Leg's Are Numb, I went To Sick-Call on 1-19-20 infection's All over my neck & Scalp Blood-Pressure-199/98 From Extreme-Pain And went Back To Sick-Call on 1-21-20 AGain For "Help" And Im Still sitting on my Bunk in Severe-Pain And Dont think I Can make it much Longer. (I Am waiting on move 303-Grievance's From Talkhasseo, FM, D.o.c.) Please Help me Get

To Memorial-Hospital

in Jacksonville, Florida.

To See Nuro-Sergeon-

DR. Dean C. Lohse.

Who See's In-mates There.

Thankyou So much!

Tommie Scott Cooker

No-#542240 2-2-142-Singe

F.S.P. West-Unit

**FLORIDA DEPARTMENT OF CORRECTIONS**

**SINGLE-DOSE MEDICATION PASS**

You are to Report to the Medication Window at the
Following Times:

| | | |
|---|---|---|
| 0100 (1 a.m.) | 0200 (2 a.m.) | 0300 (3 a.m.) |
| 0400 (4 a.m.) | 0500 (5 a.m.) | 0600 (6 a.m.) |
| 0700 (7 a.m.) | 0800 (8 a.m.) | 0900 (9 a.m.) |
| 1000 (10 a.m.) | 1100 (11 a.m.) | 1200 (noon) |
| 1300 (1 p.m.) | 1400 (2 p.m.) | 1500 (3 p.m.) |
| 1600 (4 p.m.) | 1700 (5 p.m.) | 1800 (6 p.m.) |
| 1900 (7 p.m.) | 2000 (8 p.m.) | 2100 (9 p.m.) |
| 2200 (10 p.m.) | 2300 (11 p.m.) | 2400 (midnight) |

Start Date 12/11/08   Stop 12/17/08

Inmate Name Cooper    Ronnie

DC# 542840    Race/Sex W-M

Date of Birth 2-7-60

Institution New River CF

DC4-509 (Revised 7/01)   White—Inmate/Canary—Medical Record

**PART B - RESPONSE**

| COOPER, RONNIE | 542240 | 0912-206-014 | FSP WEST UNIT | L2142S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for administrative request has been reviewed and evaluated. Review of your medical record indicates Medical has attempted multiple times to provide you with appropriate care. You, as well, have been seen, assessed, evaluated, and treated appropriately when you have not refused medical care. Your right of refusal will always be honored. Medical had a referral to Dr. Lohse drawn up for your back pain to be scheduled after you were seen by Dr. Lord in Orthopedics. That consult was put on hold on 11/10/09, as it is imperative you first be seen by Dr. Lord. It will remain your current institutional physician who will decide all courses of care and treatment. If you have further concerns you have the option of accessing sick call.

Based on the foregoing, your request for administrative remedy is denied.

You may obtain further administrative review of your complaint by obtaining form   DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

RETURNED TO INMATE: _12/14/09_

Dr. M. Akhtar
CHO

| _akhtar 12/14/09_ | _ett_ | _12/16/09_ |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

RECEIVED

DEC 0 7 2009

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

FSP WEST UNIT GRIEVANCES

☑ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

om. COOPER RonniE ScoTT        *542240        F.S.P. WEST-UnIT L2.

Last        First        Middle Initial        Number        Institution

---

### Part A - Inmate Grievance

3. LorD GAVE me A. Bone-InfecTion June-5TH 2007 wHen e Did Lower-BACK SurGery on me AT Memorial medical enTer in JACKSonville, Florida. He Told me AT His R.M.C fice THAT A. Germ" GoT in my Lower-BACK During His Surgery. DR. Lord Has Damaged my Bones in my Body, Let me Suffer in PAin wiTH no "PAin mAnAgemenT And HAs Lied o me Several-Times During DiFFrenT OFFice VisiTs IT R.m.C. SPeacialTy-Clinic And HAs Been AngrY And Im He one He GAVe THe Bone-infecTion To "DiscFiss" ome-Body AT one Time musT HAVe ThoughT I wAs in Bone-Pain BecAuse I. wAs ordered OxocoDone-10# STArT-DATe-12-11-08 STOP DATe-12-17-08 And Since THese DATes I HAVe SuFFered A Severe Bone-Pain. THe Bone-PAin From infecTion is now n BoTH my SHoulders, NecK, Lower BACK, HIP AmPuTATeD-Leg Severe PAin. THis Bone-infecTion Does GoE Blood-line And CAn Be FATAl" iTs Been in my Body AlmosT 3-years now. PeaCiAliST "MR. LAnG AT His R.M.C. BrACe-Clinic-OFFice wroTe ouT ConsulTAnT-ReporT For me To Be Seen By NuroLogisT- DR. LoHSE AT M.M.C. J. ConsulTAnT-ReporT wAs wroTe on 10-14-09 I HAVe noT Been Seen yeT By NuroLogisT DR. LoHSE. THis is noT ABouT SighTning ReFusAl's AGAinsT DR. Lord As I HAVe SighTned mAny noT To SEE DR. Lord. THis is ABouT GeTTing To DR. LoHSE-NuroLogisT, THAT SPeacialisT wroTe ConsulTAnT ReporT For me To SEE Him. (wriTTen -10-14-09)

12-7-09
DATE

Ronnie ScoTT Cooper *542240
SIGNATURE OF GRIEVANT AND D.C. #

---

BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY
XTENSIONS:

0912-2006-014   12/7/09

30   Ronnie S Cooper
#        Signature

INSTRUCTIONS

form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida ministrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by ge free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for ssing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

itted by the inmate on: _____        Institutional Mailing Log #: _____
        (Date)        (Received By)

DISTRIBUTION:        INSTITUTION/FACILITY        CENTRAL OFFICE
        INMATE (2 Copies)        INMATE
        INMATE'S FILE        INMATE'S FILE - INSTITUTION/FACILITY
        INSTITUTIONAL GRIEVANCE FILE        CENTRAL OFFICE INMATE FILE
                CENTRAL OFFICE GRIEVANCE FILE

1-303 (Revised 2/05)